UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PHI AVIATION, LLC | CASE NO. 6:24-CV-00076 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| HELISERVICIO S.A. DE C.V., ET AL. | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for Report and Recommendation ("R&R"). After an independent review of the record, and noting the absence of any objections, the Court concludes the Magistrate Judge's R&R is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, consistent with the R&R, the Motion for Partial Dismissal filed by Defendant Rotorwing Financial Services, Inc. [ECF No. 35] is GRANTED IN PART and DENIED IN PART. Specifically, the motion is GRANTED to the extent it seeks dismissal of Plaintiff PHI Aviation, LLC's claim brought under the Louisiana Unfair Trade Practices Act, La. R.S. 51:1401, *et seq*.; the motion is DENIED to the extent it seeks dismissal of Plaintiff's claim for unjust enrichment.

IT IS FURTHER ORDERED that PHI Aviation, LLC's request to further amend its complaint [ECF No. 39] is DENIED.

THUS DONE in Chambers on this 25th day of February, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE