**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **P H I AVIATION L L C** | **CASE NO. 6:24-CV-00076** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **HELISERVICIO S A DE C V ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

# **O R D E R**

Before this Court is a PARTIAL MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT filed by Defendants Heliservicio S.A. de C.V. ("Heliservicio") and Arrendadora Aeronautica, S. de R.L. ("Arrendadora"). [Doc 49]. Plaintiff PHI Aviation, LLC ("PHI") opposes the motion [Doc. 56] and filed a MOTION FOR LEAVE TO AMEND AND SUPPLEMENT COMPLAINT. [Doc. 57]. Defendant Rotorwing Financial Services, Inc. joins Heliservicio and Arrendadora in opposing PHI's motion to amend. [Doc. 59].

After careful review of these motions, it is hereby

ORDERED that PHI's MOTION FOR LEAVE TO AMEND AND SUPPLEMENT COMPLAINT is GRANTED. [Doc. 57]. PHI is hereby cautioned that, given the age of this case and the relatively uncomplicated nature of the facts, further amendment will not be granted absent a sufficient showing of good cause under Rule 15(a)(2) of the Federal Rules of Civil Procedure, which this Court will enforce stringently. *Smith v. EMC Corp.*, 393 F.3d 590, 595 (5th Cir. 2004) (undue delay is a sound basis for denial of leave to amend) (internal citations omitted).

Briefs filed by Defendants indicate a desire to supplement their pending MOTION FOR PARTIAL DISMISSAL [Doc. 49], should the Court permit PHI's requested amendment. [*See*, Doc. 59 at p. 5]. The undersigned agrees that Defendants should be permitted to fully address the impact of PHI's SECOND AMENDED AND SUPPLEMENTAL COMPLAINT [Doc. 57-1]. Accordingly, it is hereby

ORDERED that Defendants' pending PARTIAL MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT [Doc. 49] is now MOOT. Defendants may file any desired responsive pleadings within the delays permitted under Rule 12 of the Federal Rules of Civil Procedure.

SO ORDERED this 22nd day of September, 2026 at Lafayette, Louisiana.

**DAVID J. AYO**
**UNITED STATES MAGISTRATE JUDGE**